CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC - 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TORRUELLA LEWIS, <br> Petitioner, | ) <br> ) Case No. 7:05CV00506 <br> ) |
| v. | ) FINAL ORDER <br> ) |
| WARDEN B.A. BLEDSOE, <br> Respondent. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the respondent's motion to dismiss shall be **GRANTED** and the petition for writ of habeas corpus filed by the petitioner shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This __1st__ day of ~~November~~ December, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge